■ WILLIAM KAFERSTEIN, Respondent, v J.P. MORGAN CHASE & Co., Formerly Known as CHASE MANHATTAN BANK, N.A., et al., Appellants, et al., Defendants. (And a Third-Party Action.) [814 NYS2d 523]—Appeal from order, Supreme Court, New York County (Edward H. Lehner, J.), entered September 27, 2005, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Tom, J.P., Friedman, Sullivan, Gonzalez and Catterson, JJ.